1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RAFAEL LOPEZ,                                1:11-cv-01781-AWI-JLT-(HC)

12            Petitioner,
                                                  ORDER DENYING MOTION FOR
13       vs.                                       APPOINTMENT OF COUNSEL

14   KATHY ALLISON,
                                                  (Doc. 10)
15            Respondent.

16   _____/

17          Petitioner has requested the appointment of counsel, citing his lack of legal training,

18   his lack of access to the prison law library, his lack of income, and his unfamiliarity with the

19   court system as grounds therefore.  (Doc. 10).  There currently exists no absolute right to

20   appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479,

21   481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18

22   U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

23   interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

24   present case, the Court does not find that the interests of justice require the appointment of

25   counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request

26   for appointment of counsel is denied.

27   IT IS SO ORDERED.

28   Dated:   November 23, 2011                        /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE