UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,                                                    1:11-cv-01781-AWI-JLT-(HC)

         Petitioner,
                                                                ORDER DENYING MOTION FOR
    vs.                                                         APPOINTMENT OF COUNSEL

KATHY ALLISON,
                                                                (Doc. 10)
         Respondent.

_____/

      Petitioner has requested the appointment of counsel, citing his lack of legal training, his lack of access to the prison law library, his lack of income, and his unfamiliarity with the court system as grounds therefore. (Doc. 10).  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

IT IS SO ORDERED.

Dated:   **November 23, 2011**                          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE